No. 541. McGRANERY, ATTORNEY GENERAL, SUCCES-
SOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* VORT ET AL.,
TRUSTEES; and

No. 542. VORT ET AL., TRUSTEES, *v.* McGRANERY, AT-
TORNEY GENERAL. United States Court of Appeals for
the District of Columbia Circuit. Brownell, present
Attorney General, substituted for McGranery. Certio-
rari denied. MR. JUSTICE CLARK took no part in the con-
sideration or decision of these applications. *Solicitor
General Cummings* in No. 541, and *Mr. Cummings, As-
sistant Attorney General Kirks, James D. Hill* and *George
B. Searls* in No. 542, for the Attorney General. *Raoul
Berger* for petitioners in No. 542 and respondents in No.
541.

No. 563. JOINT ANTI-FASCIST REFUGEE COMMITTEE
ET AL. *v.* McGRANERY, ATTORNEY GENERAL, ET AL.
United States Court of Appeals for the District of Colum-
bia Circuit. Brownell, present Attorney General, substi-
tuted for McGranery. Certiorari denied. MR. JUSTICE
CLARK took no part in the consideration or decision of
these applications. *Benedict Wolf, David Rein* and
*Joseph Forer* for petitioners. *Solicitor General Cum-
mings, Assistant Attorney General Burger, Samuel D.
Slade* and *Benjamin Forman* for respondents.

No. 239, Misc. ALEXANDER *v.* UNITED STATES. United
States District Court for the District of Kansas. Cer-
tiorari denied.

No. 245, Misc. BISHOP *v.* UNITED STATES. United
States Court of Appeals for the District of Columbia Cir-
cuit. Certiorari denied. Petitioner *pro se. Solicitor
General Cummings, Assistant Attorney General Murray,
Beatrice Rosenberg* and *Robert G. Maysack* for the
United States.